# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHRISTINE CALHOUN  
115 WOODY WAY  
LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-9402

Case Number: 07-70384

Case filed on: 2/23/2007  
Plan Confirmed on: 6/14/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $21,673.11        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 999 | CHRISTINE CALHOUN | 0.00 | 0.00 | 2,781.34 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,781.34 | 0.00 |
| 001 | AURORA LOAN SERVICE | 140,905.03 | 0.00 | 0.00 | 0.00 |
| 002 | AURORA LOAN SERVICE | 6,855.13 | 4,431.59 | 4,431.59 | 0.00 |
| 003 | BAXTER CREDIT UNION | 17,596.31 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 165,356.47 | 4,431.59 | 4,431.59 | 0.00 |
| 004 | GMAC | 11,475.38 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,645.94 | 1,645.94 | 1,645.94 | 93.33 |
| 006 | CAPITAL ONE | 908.35 | 908.35 | 908.35 | 51.51 |
| 007 | CAPITAL ONE | 829.28 | 829.28 | 829.28 | 46.92 |
| 008 | CAPITAL ONE | 1,133.49 | 1,133.49 | 1,133.49 | 64.26 |
| 009 | CAPITAL ONE | 316.11 | 316.11 | 316.11 | 17.85 |
| 010 | LVNV FUNDING LLC | 925.43 | 925.43 | 925.43 | 52.36 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,518.75 | 1,518.75 | 1,518.75 | 86.02 |
| 012 | ECAST SETTLEMENT CORPORATION | 1,386.66 | 1,386.66 | 1,386.66 | 78.54 |
| 013 | WORLD FINANCIAL NETWORK NATIONAL BANK | 89.65 | 89.65 | 89.65 | 5.10 |
| 014 | MARTHA DEUTINGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WORLD FINANCIAL NETWORK NATIONAL BANK | 164.88 | 164.88 | 164.88 | 9.35 |
| 016 | WELLS FARGO FINANCIAL | 633.49 | 633.49 | 633.49 | 35.87 |
| 017 | COPLEY ROOFING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HAWTHERS ARCHITECTURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GMAC | 393.20 | 393.20 | 393.20 | 22.27 |
|  | Total Unsecured | 21,420.61 | 9,945.23 | 9,945.23 | 563.38 |
|  | Grand Total: | 190,051.08 | 17,650.82 | 19,658.16 | 563.38 |

Total Paid Claimant:     $20,221.54  
Trustee Allowance:       $1,451.57  
Percent Paid Unsecured:    100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008            By  /s/Heather M. Fagan